UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-24481-BLOOM/Torres

MICHAEL SIZEMORE et al.,

    Plaintiffs,

v.

CRISTIANO RONALDO,

    Defendants.
_____/

## ORDER TO FILE STATUS REPORT REGARDING SERVICE UPON FOREIGN DEFENDANT AND TO SERVE SUMMONS AND COMPLAINT

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On November 27, 2023, Plaintiffs filed this action against Defendant Cristiano Ronaldo ("Defendant"), who is located outside of the United States. *See* ECF No. [1]. A summons has been issued as to that Defendant, ECF No. [3], but service has not yet been perfected.

Federal Rule of Civil Procedure 4(m) requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint, but the 90-day timeframe does not apply to service of process upon parties in a foreign country. *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A)."). Nevertheless, a plaintiff must exercise diligence in attempting to effectuate service upon a foreign defendant. *See Harris v. Orange S.A.*, 636 F. App'x 476, 485 (11th Cir. 2015).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiffs are ordered to serve Defendant.

Case No. 23-cv-24481-BLOOM/Torres

2. Plaintiffs shall file a status report advising the Court as to the status of service of process upon Defendant **on or before January 16, 2024**.

3. Failure to effectuate service of the summons and complaint on Defendant may result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 9, 2024.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record