**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MICHAEL SIZEMORE,** et al., on behalf of
Themselves and all others similarly situated,

    Plaintiffs                                    Case No. 1:23-cv-2448

v.

**CRISTIANO RONALDO,** et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kerry J. Miller, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

      ORDERED AND ADJUDGED that:

      The Motion is GRANTED.   Kerry J. Miller, may appear and participate in this action on behalf of Plaintiffs.  The Clerk shall provide electronic notification of all electronic filings to Kerry J. Miller, at kmiller@fishmanhaygood.com.

      DONE AND ORDERED in Miami, Florida this ____ day of January 2024.


                                                             _____
                                                             **HONORABLE BETH BLOOM**
                                                             **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record