UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MICHAEL SIZEMORE,** et al., on behalf of
Themselves and all others similarly situated,

    Plaintiffs                                     Case No. 1:23-cv-24481

v.

**CRISTIANO RONALDO,** et al.,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Caroline Hogan Paschal of the law firm of Fishman Haygood, LLP, 201 St. Charles Ave., Ste. 4600, New Orleans, LA 70170, 504-586-5252, for purposes of appearance as co-counsel on behalf of Michael Sizemore, Gordon Lewis, and Mikey Vongdara ("Plaintiffs") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Caroline Hogan Paschal to receive electronic filings in this case, and in support thereof states as follows:

    1.    Caroline Hogan Paschal is not admitted to practice in the Southern District of Florida and is a member in good standing of the state bar of Louisiana and Eastern District of Louisiana.

    2.    Movant, Adam Moskowitz, Esquire, of the law firm of The Moskowitz Law Firm, PLLC, 3250 Mary Street, Suite 202, Coconut Grove, Florida 33133, 305-740-1423, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed

and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Caroline Hogan Paschal has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Caroline Hogan Paschal, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Caroline Hogan Paschal at email address: hpaschal@fishmanhaygood.com.

WHEREFORE, Adam Moskowitz, moves this Court to enter an Order Caroline Hogan Paschal, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Caroline Hogan Paschal.

Dated: January 11, 2024

Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Florida Bar No. 984280
**THE MOSKOWITZ LAW FIRM, PLLC**
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, Florida 33133
Telephone: (305) 740-1423
adam@moskowitz-law.com

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**MICHAEL SIZEMORE,** et al., on behalf of
Themselves and all others similarly situated,

    Plaintiffs                       Case No. 1:23-cv-24481

v.

**CRISTIANO RONALDO,** et al.,

    Defendants.
_____/

## CERTIFICATION OF CAROLINE HOGAN PASCHAL

Caroline Hogan Paschal, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of state bar of Louisiana and Eastern District of Louisiana; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                    *Caroline Hogan Paschal*
                                                                                     Caroline Hogan Paschal