# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CRISTIANO RONALDO,**

    *Defendant.*

                                                  /

CASE NO. 1:23-cv-24481

## **PLAINTIFFS' STATUS REPORT REGARDING SERVICE UPON FOREIGN DEFENDANT**

    Plaintiffs, in accordance with the Court's January 10, 2024 order, (ECF No. 5), provide the following status update on service of process upon foreign Defendant, Cristiano Ronaldo:

    1.    Cristiano Ronaldo, the world-renowned soccer player who captains the Saudi Pro League club Al Nassr and Portugal's National Football Team, was most recently known to reside at the Four Seasons Hotel Riyadh At Kingdom Center in Saudi Arabia. *See* ECF No. 12-1 ("Kaye Decl.") ¶ 3 (citing ECF No. 1-2)). However, Ronaldo reportedly owns homes in Madeira, Madrid, Marbella, La Finca, Lisbon, and Torino. (https://firstsportz.com/football-where-is-cristiano-ronaldo-living-in-saudi-arabia/, Accessed December 4, 2023). *Id.* Thus, Ronaldo's address is currently unknown, though it is clear he does not reside within the United States. *Id.*, ¶ 4.

    2.    Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiffs today filed a motion, (ECF No. 12), requesting an Order authorizing Plaintiffs to serve Defendant Ronaldo pursuant to a "Service Plan" discussed therein, namely, service via Twitter, publication on a service website Plaintiffs' counsel created (located at https://moskowitz-law.com/binance-unregistered-securities-class-action), and email to Ronaldo's current counsel representing him in other federal litigation currently pending in the District of Nevada and the Ninth Circuit Court of Appeals. *See, e.g., Id.*

    3.    Should the Court grant Plaintiffs' pending motion to serve Ronaldo in accordance with the Service Plan set forth therein, Plaintiffs can effect service of process on Ronaldo immediately upon entry of the Order authorizing service through those means.

4. Otherwise, Plaintiffs are continuing their investigation into the current whereabouts of Defendant Ronaldo in order to effect service of process on him under any means authorized by the Federal Rules of Civil Procedure and applicable law.

Dated: January 16, 2024                                         Respectfully submitted,

| By: */s/ Adam Moskowitz* <br> Adam M. Moskowitz <br> Florida Bar No. 984280 <br> Joseph M. Kaye <br> Florida Bar No. 117520 <br> Barbara C. Lewis <br> Florida Bar No. 118114 <br> **THE MOSKOWITZ LAW FIRM, PLLC** <br> 2 Alhambra Plaza, Suite 601 <br> Coral Gables, FL 33134 <br> Telephone: (305) 740-1423 <br> adam@moskowitz-law.com <br> joseph@moskowitz-law.com <br> barbara@moskowitz-law.com <br> service@moskowitz-law.com <br><br> *Co-Counsel for Plaintiffs and the Class* | By: */s/ Stephen Neal Zack* <br> Stephen Neal Zack <br> Florida Bar No. 145215 <br> Tyler Ulrich <br> Florida Bar No. 94705 <br> **BOIES SCHILLER FLEXNER LLP** <br> 100 SE 2nd St., Suite 2800 <br> Miami, FL 33131 <br> Office: 305-539-8400 <br> szack@bsfllp.com <br> tulrich@bsfllp.com <br><br> *Co-Counsel for Plaintiffs and the Class* |
|---|---|
| By: */s/ Jose M. Ferrer* <br> José M. Ferrer <br> Florida Bar No. 173746 <br> Desiree Fernandez <br> Florida Bar No. 119518 <br> **MARK MIGDAL & HAYDEN** <br> Brickell City Tower <br> 80 SW 8th Street, Suite 1999 <br> Miami, FL 33130 <br> jose@markmigdal.com <br> desiree@markmigdal.com <br> eservice@markmigdal.com <br><br> *Co-Counsel for Plaintiffs and the Class* | By: */s/ Kerry J. Miller* <br> Kerry J. Miller <br> (*pro hac vice*) <br> Molly L. Wells <br> (*pro hac vice*) <br> C. Hogan Paschal <br> (*pro hac vice*) <br> **FISHMAN HAYGOOD L.L.P.** <br> 201 St. Charles Avenue, 46th Floor <br> New Orleans, Louisiana 70170-4600 <br> (504) 586-5252; (504) 586-5250 fax <br> kmiller@fishmanhaygood.com <br> mwells@fishmanhaygood.com <br> hpaschal@fishmanhaygood.com <br><br> *Co-Counsel for Plaintiffs and the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed on January 16, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ