UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-24481-BLOOM/Torres

MICHAEL SIZEMORE et al.,

   Plaintiffs,

v.

CRISTIANO RONALDO,

   Defendants.
_____/

### ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR DISPOSITION

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Plaintiff's Motion to Serve Defendant Cristiano Ronaldo with Process Through Alternate Means, ECF No. [12], is **REFERRED** to Chief Magistrate Judge Edwin G. Torres for disposition.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 31, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record