UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CRISTIANO RONALDO,**

    *Defendant.*

_____/

CASE NO. 1:23-cv-24481

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO SERVE DEFENDANT CRISTIANO RONALDO WITH PROCESS THROUGH ALTERNATE MEANS**

    Plaintiffs' counsel sent a Request for Waiver of Service to counsel for Defendant, Mr. Ronaldo, on January 26, 2024. Counsel for Mr. Ronaldo executed and returned the waiver on January 29, 2024, see (ECF No. 15). Plaintiffs therefore withdraw their pending Motion to serve Mr. Ronaldo through alternate means. *See* (ECF No. 12). Plaintiffs have agreed not to object to Mr. Ronaldo having 90 days from the date the waiver was sent to respond to the Complaint, although the 60-day deadline applies under these circumstances. *See*, e.g., Tire Hanger Corp. v. My Car Guy Concierge Services Inc., 5:14-CV-00549-ODW, 2014 WL 2511282, at *2–3 (C.D. Cal. June 4, 2014) (holding 60-day response deadline applied where plaintiff sent waiver-of-service form to Canadian company's counsel in California and did not send the waiver-of-service form to Canada or anywhere else outside of the United States).

Dated: February 1, 2024                                Respectfully submitted,

| **By: */s/ Adam Moskowitz*** | **By: */s/ Stephen Neal Zack*** |
|---|---|
| Adam M. Moskowitz | Stephen Neal Zack |
| Florida Bar No. 984280 | Florida Bar No. 145215 |
| Joseph M. Kaye | Tyler Ulrich |
| Florida Bar No. 117520 | Florida Bar No. 94705 |
| Barbara C. Lewis | **BOIES SCHILLER FLEXNER LLP** |
| Florida Bar No. 118114 | 100 SE 2nd St., Suite 2800 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | Miami, FL 33131 |
| 2 Alhambra Plaza, Suite 601 | Office: 305-539-8400 |

| | |
|---|---|
| Coral Gables, FL 33134<br>Telephone: (305) 740-1423<br>adam@moskowitz-law.com<br>joseph@moskowitz-law.com<br>barbara@moskowitz-law.com<br>service@moskowitz-law.com<br><br>*Co-Counsel for Plaintiffs and the Class* | szack@bsfllp.com<br>tulrich@bsfllp.com<br><br>*Co-Counsel for Plaintiffs and the Class* |
| **By:** */s/ Jose M. Ferrer*<br>José M. Ferrer<br>Florida Bar No. 173746<br>Desiree Fernandez<br>Florida Bar No. 119518<br>**MARK MIGDAL & HAYDEN**<br>Brickell City Tower<br>80 SW 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com<br>desiree@markmigdal.com<br>eservice@markmigdal.com<br><br>*Co-Counsel for Plaintiffs and the Class* | **By:** */s/ Kerry J. Miller*<br>Kerry J. Miller<br>(*pro hac vice*)<br>Molly L. Wells<br>(*pro hac vice*)<br>C. Hogan Paschal<br>(*pro hac vice*)<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>kmiller@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br><br>*Co-Counsel for Plaintiffs and the Class* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on February 1, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ