UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CRISTIANO RONALDO**,

    *Defendants.*

_____/

CASE NO. 1:23-cv-24481

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Michael Sizemore, Gordon Lewis, Mikey Vongdara ("Plaintiffs"), hereby disclose the following list of known persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party in this case:

1. Michael Sizemore, Plaintiff
2. Gordon Lewis, Plaintiff
3. Mikey Vongdara, Plaintiff
4. Plaintiffs seek to represent the following Global Class, Nationwide Class, and Florida and California Subclasses (collectively, the "Classes"):
   a. **Global Class:** All persons and entities who, within the applicable limitations period, A) purchased, held, and/or sold the cryptocurrency tokens BNB and/or BUSD on any platform, B) purchased, held, and/or sold SOL, ADA, MATIC, FIL, ATOM, SAND, MANA, ALGO, AXS, or COTI on Binance.US or Binance.com, or C) participated in the programs BNB Vault, Simple Earn, and/or any staking program through Binance.US or Binance.com.

b. **Nationwide Class:** All persons or entities in the United States who, within the applicable limitations period, A) purchased, held, and/or sold the cryptocurrency tokens BNB and/or BUSD on any platform, B) purchased, held, and/or sold SOL, ADA, MATIC, FIL, ATOM, SAND, MANA, ALGO, AXS, or COTI on Binance.US or Binance.com, or C) participated in the programs BNB Vault, Simple Earn, and/or any staking program through Binance.US or Binance.com.

c. **Florida Subclass:** All persons or entities in the state of Florida who, within the applicable limitations period, A) purchased, held, and/or sold the cryptocurrency tokens BNB and/or BUSD on any platform, B) purchased, held, and/or sold SOL, ADA, MATIC, FIL, ATOM, SAND, MANA, ALGO, AXS, or COTI on Binance.US or Binance.com, or C) participated in the programs BNB Vault, Simple Earn, and/or any staking program through Binance.US or Binance.com.

d. **California Subclass:** All persons or entities in the state of California who, within the applicable limitations period, A) purchased, held, and/or sold the cryptocurrency tokens BNB and/or BUSD on any platform, B) purchased, held, and/or sold SOL, ADA, MATIC, FIL, ATOM, SAND, MANA, ALGO, AXS, or COTI on Binance.US or Binance.com, or C) participated in the programs BNB Vault, Simple Earn, and/or any staking program through Binance.US or Binance.com.

e. **Colorado Subclass:** All persons or entities in the state of Colorado who, within the applicable limitations period, A) purchased, held, and/or sold the cryptocurrency tokens BNB and/or BUSD on any platform, B) purchased, held, and/or sold SOL, ADA, MATIC, FIL, ATOM, SAND, MANA, ALGO, AXS, or COTI on Binance.US or Binance.com, or C) participated in the programs BNB Vault, Simple Earn, and/or any staking program through Binance.US or Binance.com.

5. The Moskowitz Law Firm, PLLC, Counsel for Plaintiffs
    a. Adam M. Moskowitz
    b. Joseph M. Kaye
    c. Barbara C. Lewis
6. Boies Schiller Flexner, LLP, Counsel for Plaintiffs
    a. Brooke Alexander
    b. Stephen Neal Zack
    c. Tyler Ulrich
7. Mark Migdal & Hayden, Counsel for Plaintiffs
    a. José M. Ferrer
    b. Desiree Fernandez
8. Fishman Haygood LLP, Counsel for Plaintiffs
    a. Kerry J. Miller
    b. Molly L. Wells
    c. C. Hogan Paschal
9. Cristiano Ronaldo, Defendant
10. Hogan Lovells LLP, Counsel for Defendant
    a. Daniel E. Gonzalez

Dated: March 7, 2024                    Respectfully submitted,

| **By:** */s/ Adam Moskowitz* | **By:** */s/ Stephen Neal Zack* |
|---|---|
| Adam M. Moskowitz | Stephen Neal Zack |
| Florida Bar No. 984280 | Florida Bar No. 145215 |
| Joseph M. Kaye | Tyler Ulrich |
| Florida Bar No. 117520 | Florida Bar No. 94705 |
| Barbara C. Lewis | **BOIES SCHILLER FLEXNER LLP** |
| Florida Bar No. 118114 | 100 SE 2nd St., Suite 2800 |
| **THE MOSKOWITZ LAW FIRM, PLLC** | Miami, FL 33131 |
| 2 Alhambra Plaza, Suite 601 | Office: 305-539-8400 |
| Coral Gables, FL 33134 | szack@bsfllp.com |
| Telephone: (305) 740-1423 | tulrich@bsfllp.com |
| adam@moskowitz-law.com | |
| joseph@moskowitz-law.com | *Co-Counsel for Plaintiffs and the Class* |
| barbara@moskowitz-law.com | |
| service@moskowitz-law.com | |
| | |
| *Co-Counsel for Plaintiffs and the Class* | |

| | |
|---|---|
| By: */s/ Jose M. Ferrer*<br>José M. Ferrer<br>Florida Bar No. 173746<br>Desiree Fernandez<br>Florida Bar No. 119518<br>**MARK MIGDAL & HAYDEN**<br>Brickell City Tower<br>80 SW 8th Street, Suite 1999<br>Miami, FL 33130<br>jose@markmigdal.com<br>desiree@markmigdal.com<br>eservice@markmigdal.com<br><br>*Co-Counsel for Plaintiffs and the Class* | By: */s/ Kerry J. Miller*<br>Kerry J. Miller<br>(*pro hac vice*)<br>Molly L. Wells<br>(*pro hac vice*)<br>C. Hogan Paschal<br>(*pro hac vice*)<br>**FISHMAN HAYGOOD L.L.P.**<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>kmiller@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br><br>*Co-Counsel for Plaintiffs and the Class* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing was filed on March 7, 2024, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Adam M. Moskowitz*
ADAM M. MOSKOWITZ