UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-24481-BB

MICHAEL SIZEMORE,

    Plaintiff,

v.

MIKEY VONGDARA,

    Defendant.
_____/

**ORDER OF TRANSFER**

GOOD CAUSE appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure 2.15.00, due to the related nature of *Michael Sizemore* et al *v. Changpeng Zhao et al*, Case No. 1:23-cv-21261-RKA, and subject to the consent of the Honorable Roy K. Altman, it is **ORDERED AND ADJUDGED** that the above-captioned cause is transferred to the calendar of Judge Roy Altman for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, on March 7, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

After reviewing the Court file in the above-captioned cause, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, 1:23-cv-24481-RKA, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in the Southern District of Florida on March 7, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

c:  Clerk of Court
    All counsel of record