UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24481-ALTMAN

**MICHAEL SIZEMORE**, *et al.*,

    *Plaintiffs*,

v.

**CRISTIANO RONALDO,**

    *Defendant.*

_____/

## ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE

Pursuant to Federal Rule of Civil Procedure 72, 28 U.S.C. § 636, and this District's Magistrate Judge Rules, we hereby **REFER** this matter to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial non-dispositive and discovery matters.

**The parties shall not file any written discovery motions, including motions to compel, for protective order, or for sanctions, without the consent of the Magistrate Judge.** Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before seeking the Court's intervention. The Court may impose sanctions, monetary or otherwise, if it determines that a party has improperly sought or withheld discoverable material in bad faith. If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, they shall **not** file written motions. Rather, the "moving party" shall follow Magistrate Judge Reid's standard discovery procedures. Should the parties have any questions regarding the resolution of discovery issues, counsel should contact the chambers of Magistrate Judge Reid at (305) 523-5780.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record