# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-CV-24481-ALTMAN

MICHAEL SIZEMORE, *et al.*, on behalf
of themselves and all others similarly
situated,

    Plaintiffs,

v.

CRISTIANO RONALDO,

    Defendant.
                                                 /

**ORDER GRANTING RONALDO'S MOTION
TO EXCEED PAGE LIMITS FOR RESPONSE TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court upon the Motion of Defendant, Ronaldo, for (1) leave to file an omnibus motion to dismiss which exceeds the presumptive page limit by up to thirty (30) pages for a total of fifty (50) pages, ***or alternatively*** (2) to file two separate briefs, one of up to fifteen (15) pages for a Rule 12(b) motion to dismiss, and a second of up to thirty-five (35) pages for a separate motion to dismiss for any other responsive arguments, including others under Rule 12(b), Fed. R. Civ. P. (the "Motion," ECF No. _). The Court has reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED.

1.    Ronaldo may file an omnibus motion to dismiss which exceeds the page limits set forth in Local Rule 71(c)(2) by thirty (30) pages, for a total of fifty (50) pages.

2.  Alternatively, Ronaldo may file two separate briefs, one of up to fifteen (15) pages for a Rule 12(b)(2) motion to dismiss, and a second of up to thirty-five (35) pages for a separate motion to dismiss for any other responsive arguments, including others under Rule 12(b), Fed. R. Civ. P.

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of April, 2024.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record