UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-CV-24481-ALTMAN

MICHAEL SIZEMORE, *et al.*, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

CRISTIANO RONALDO,

    Defendant.

_____/

**NOTICE OF APPEARANCE[1]**

PLEASE TAKE NOTICE that Daniel Balmori of the law firm of Hogan Lovells US LLP, appears as counsel for Defendant Cristiano Ronaldo dos Santos Aveiro, and requests that all papers served in this case also be delivered to and served at the address set forth below.

    Respectfully submitted,

    HOGAN LOVELLS US LLP
    600 Brickell Avenue
    Suite 2700
    Miami, Florida 33131
    Telephone:  (305) 459-6500
    Facsimile:   (305) 459-6550

    By: */s/Daniel Balmori*
        Daniel Balmori
        Fla. Bar No.: 112830
        Email: daniel.balmori@hoganlovells.com

---

[1] Counsel appears without waiver of any and all defenses available to the Defendant, including the Court's lack of jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /s/Daniel Balmori