UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-24481-ALTMAN

MICHAEL SIZEMORE, *et al.*, on behalf
of themselves and all others similarly
situated,

        Plaintiffs.

v.

CRISTIANO RONALDO,

        Defendant.

_____/

**JOINT NOTICE OF MEDIATOR SELECTION[1]**

Pursuant to the Court's Amended Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 23), Plaintiffs Michael Sizemore, *et al.*, and Defendant Cristiano Ronaldo hereby notify the Court of the parties' joint selection of the following mediator[2]:

Scott J. Silverman
JAMS
600 Brickell Avenue, Suite 2600
Miami, FL 33131
(305) 371-5267

---

[1] Submission of this notice pursuant to the Court's order is made without prejudice to, and does not — in any way — constitute a waiver of, Cristiano Ronaldo's arguments or defenses including that this Court lacks both personal and subject matter jurisdiction over this action.

[2] The parties are in the process of securing a mediation date with the mediator and will file an amended notice with the Court once a mediation date is set.

Dated: May 3, 2024

Respectfully submitted,

| | |
|---|---|
| **THE MOSKOWITZ LAW FIRM, PLLC** | **HOGAN LOVELLS US LLP** |
| 3250 Mary Street, Suite 202 | 600 Brickell Avenue |
| Coconut Grove, FL 33133 | Suite 2700 |
| | Miami, Florida 33131 |
| By:*/s/ Adam M. Moskowitz* | Telephone: (305) 459-6500 |
| Adam M. Moskowitz, Esq. | Facsimile: (305) 459-6550 |
| Florida Bar No. 984280 | |
| adam@moskowitz-law.com | By: */s/ Daniel E. González* |
| Joseph M. Kaye, Esq. | Daniel E. González |
| Florida Bar No. 117520 | Florida Bar No. 780030 |
| joseph@moskowitz-law.com | daniel.gonzalez@hoganlovells.com |
| Barbara C. Lewis, Esq. | Daniel Balmori |
| Florida Bar No. 118114 | Florida Bar No. 112830 |
| barbara@moskowitz-law.com | daniel.balmori@hoganlovells.com |
| service@moskowitz-law.com | Sarah Cohen |
| | Florida Bar No. 1010683 |
| Stephen Neal Zack, Esq. | sarah.cohen@hoganlovells.com |
| Florida Bar No. 145215 | |
| szack@bsfllp.com | *Counsel for Cristiano Ronaldo* |
| Tyler Ulrich, Esq. | |
| Florida Bar No. 94705 | |
| tulrich@bsfllp.com | |
| **BOIES SCHILLER FLEXNER LLP** | |
| 100 SE 2nd Street | |
| Suite 2800 | |
| Miami, FL 33131 | |

José M. Ferrer, Esq.
Florida Bar No. 173746
jose@markmigdal.com
Desiree Fernandez, Esq.
Florida Bar No. 119518
desiree@markmigdal.com
eservice@markmigdal.com
**MARK MIGDAL & HAYDEN**
Brickell City Tower
80 S.W. 8th Street
Suite 1999
Miami, FL 33130

Kerry J. Miller, Esq.
kmiller@fishmanhaygood.com
Molly L. Wells, Esq.
mwells@fishmanhaygood.com
C. Hogan Paschal, Esq.
hpaschal@fishmanhaygood.com
**FISHMAN HAYGOOD L.L.P.**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4600

*Counsel for Plaintiffs*

### CERTIFICATE OF SERIVCE

I HEREBY CERTIFY that on May 3, 2024, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: */s/ Daniel E. González*
       Daniel E. González