**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 23-cv-24481-ALTMAN**

MICHAEL SIZEMORE, *et al.*, on behalf
of themselves and all others similarly
situated,

      Plaintiffs.

v.

CRISTIANO RONALDO,

      Defendant.

_____/

**ORDER SCHEDULING MEDIATION**

      The mediation conference in this matter shall be held with Scott J. Silverman, JAMS, 600 Brickell Avenue, Suite 2600, Miami, Florida, no later than December 26, 2024 (60 days before the current trial date) at Miami, Florida.

      ENTERED this ___ day of _____, 2024.

                                                                        ROY K. ALTMAN
                                                                       UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record