UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MICHAEL SIZEMORE**, *et al.,* on behalf of themselves and all others similarly situated,

    *Plaintiffs,*

v.

**CRISTIANO RONALDO**,

    *Defendant.*

_____/

CASE NO. 1:23-cv-24481

**PROPOSED ORDER ON PLAINTIFFS' UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING A RULING ON THE MOTIONS TO COMPEL ARBITRATION IN THE RELATED CASE**

**THIS MATTER** came before the Court on Plaintiffs' *Unopposed* Motion to Stay Proceedings Pending a Ruling on the Motions to Compel Arbitration in the Related Case (the "Motion") [ECF No. __].

**ORDERED AND ADJUDGED** as follows:

    a. The Motion is **GRANTED**.

    b. The Clerk of Court is directed to **CLOSE** and **STAY** this case pending the adjudication of the Motions to Compel Arbitration [ECF Nos. 132, 134, 135] (collectively, the "Motions to Compel Arbitration") in *Sizemore et al. v. Zhao et al.*, No. 23-CV-21261 (S.D. Fla.) (Altman, J.). All deadlines we set in our Amended Order Setting Trial and Pre-Trial Schedule [ECF No. 23] are therefore **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on May ___, 2024.

_____
ROY K. ALTMAN

*CASE NO. 1:23-cv-24481*

_____
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record